UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

S.M.A.R., Petitioner,

v. Civil Action No. 4:26-cv-705-DJH

JASON WOOSLEY, Jailer, Grayson County Detention Center et al, Respondents.

* * * * *

**ORDER**

The parties have filed a stipulation of dismissal without prejudice signed by all parties who have appeared. (Docket No. 12) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket. The petitioner's motion for leave to proceed under a pseudonym (D.N. 3) is **DENIED** as moot.

November 20, 2026

**David J. Hale, Chief Judge**
**United States District Court**